```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
```

**JOSEPH JOHN SHIPPS,**

                 **Plaintiff,**

      v.                               **CASE NO. 19-3223-SAC**

**DAVID GROVES, et al.,**

                 **Defendants.**

### ORDER TO SHOW CAUSE

This matter is a civil rights action filed under 28 U.S.C. § 1983. Plaintiff commenced this action while held at the Scott County Jail, Benton, Missouri. On December 20, 2019, the Court issued a Notice and Order to Show Cause (NOSC) directing plaintiff to show cause why this matter should not be dismissed for failure to state a claim for relief. On January 2, 2020, the copy of the NOSC mailed to plaintiff was returned as undeliverable.

Under Rule 41(b) of the Federal Rules of Civil Procedure, when a plaintiff "fails to prosecute or to comply with these rules or a court order," the Court may dismiss the matter. *See* Fed. R. Civ. P. 41(b). The U.S. Court of Appeals for the Tenth Circuit has "consistently interpreted Rule 41(b) to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute." *Huggins v. Supreme Court of the U.S.*, 480 Fed.Appx. 915, 916-17 (10th Cir. 2012)(internal quotation marks omitted). Where a matter is dismissed without prejudice, no "particular procedure[]" is required. *AdvantEdge Bus. Grp. v. Thomas E. Mestmaker & Assocs., Inc.*, 552 F.3d 1233, 1236 (10th Cir. 2009)(internal quotation marks omitted).

As a party to this action, plaintiff has a duty to notify the

clerk of the court in writing of a change of address. D. Kan. R. 5.1(c)(3). Because plaintiff has failed to comply with that rule, this matter cannot proceed. Plaintiff is directed to show cause on or before **January 21, 2020,** why this matter should not be dismissed due to his failure to provide a current address to the clerk of the court.

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff is granted to and including **January 21, 2020,** to show cause why this matter should not be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED:  This 3d day of January, 2020, at Topeka, Kansas.


S/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge